Peter A. Davidson (SBN 76194)
pdavidson@ecjlaw.com
**ERVIN, COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Attorneys for James H. Donell, Receiver

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. DONELL, Receiver for Newpoint Financial Services, Inc., and NewPoint Mortgage Bankers, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>MAJID MANDI GHOMI,<br><br>Defendant. | CASE NO. 12-CV-00519-DDP-(JEMx)<br><br>**JUDGMENT**<br><br>DATE: May 20, 2013<br>TIME: 10:00 a.m.<br>CTRM.: 3 |

The Application of James H. Donell, Receiver for Newpoint Financial Services, Inc., for the entry of Default Judgment as to Defendant, Majid Mandi Ghomi, came on for hearing, having been duly noticed, on May 20, 2013 at 10:00 a.m. before the Honorable Dean D. Pregerson, United States District Court Judge. The Court having found that the entry of Default Judgment is appropriate,

13390.10:1779448.1

JUDGMENT

1  IT IS HEREBY ORDERED AND ADJUDGED:

2  1. Judgment in this case is granted in favor of Plaintiff, James H. Donell, Receiver for Newpoint Financial Services, Inc., and NewPoint Mortgage Bankers, Inc., and against Defendant, Majid Mandi Ghomi, as follows:

(a) Defendant, Majid Mandi Ghomi, shall pay Plaintiff, James H. Donell, Receiver for Newpoint Financial Services, Inc., and NewPoint Mortgage Bankers, Inc. $34,183.00 plus prejudgment interest of $3,255.35.

DATED: May 20, 2013

*[signature: Dean D. Pregerson]*

The Honorable Dean D. Pregerson
United States District Judge