1  Peter A. Davidson (SBN 76194)
   pdavidson@ecjlaw.com
2  **ERVIN, COHEN & JESSUP LLP**
   9401 Wilshire Boulevard, Ninth Floor
3  Beverly Hills, California 90212-2974
   Telephone  (310) 273-6333
4  Facsimile  (310) 859-2325

5  Attorneys for James H. Donell, Receiver

                                                            JS-6
6

7

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JAMES H. DONELL, Receiver for        )  CASE NO. 12-CV-00519-DDP-(JEMx)
    Newpoint Financial Services, Inc., and )
12  NewPoint Mortgage Bankers, Inc.,      )
                                          )
13                                        )
                                          )
14                                        )  **JUDGMENT**
                                          )
          Plaintiff,                      )
15                                        )
                                          )
16        v.                              )  DATE:    May 20, 2013
                                          )  TIME:    10:00 a.m.
17  MAJID MANDI GHOMI,                    )  CTRM.:   3
                                          )
18        Defendant.                      )
                                          )
19                                        )
                                          )
20  _____     )
                                          )
21

22        The Application of James H. Donell, Receiver for Newpoint Financial

23  Services, Inc., for the entry of Default Judgment as to Defendant, Majid Mandi

24  Ghomi, came on for hearing, having been duly noticed, on May 20, 2013 at 10:00

25  a.m. before the Honorable Dean D. Pregerson, United States District Court Judge.

26  The Court having found that the entry of Default Judgment is appropriate,

27

28

13390.10:1779448.1
_____
                        JUDGMENT

1    IT IS HEREBY ORDERED AND ADJUDGED:

2        1.    Judgment in this case is granted in favor of Plaintiff, James H. Donell,

3  Receiver for Newpoint Financial Services, Inc., and NewPoint Mortgage Bankers,

4  Inc., and against Defendant, Majid Mandi Ghomi, as follows:

5        (a)    Defendant, Majid Mandi Ghomi, shall pay Plaintiff, James H.

6  Donell, Receiver for Newpoint Financial Services, Inc., and NewPoint Mortgage

7  Bankers, Inc. $34,183.00 plus prejudgment interest of $3,255.35.

8

9

10  DATED:  May 20, 2013

11
                                The Honorable Dean D. Pregerson
12                              United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13390.10:1779448.1                        2
                                      JUDGMENT